FILED

MAY 11 2015

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

Cause Number _S:14-CV-01010_
*(Complete the heading so that it looks exactly like the Petition)*

**Paul Eric Haubecke**      In the *(check one)*:
Plaintiff *(Print Full Name)*

**Western District**   ☒ District Court
Court Number          ☐ County Court at Law
                      ☐ Justice Court (JP)

**VS**

**Michelle Marie Hall**      San Antonio   County, Texas
Defendant *(Print Full Name)*

## Defendant's Answer

My name is _Michelle Marie Hall_. I am the Defendant in this Case.
*(PRINT your full name.)*

I enter a general denial. I request notice of all hearings in this case.

The last three numbers of my driver's license number are _6_ _3_ _9_. My driver's license
was issued in *(State)* _Colorado_.
   **Or** ☐ I do not have a driver's license number.

The last three numbers of my social security number are _9_ _6_ _1_.
   **Or** ☐ I do not have a social security number.

I understand that I *must* let the Court, the Plaintiff's lawyer (or the Plaintiff if the Plaintiff does not
have a lawyer), and any other party or attorney of record in this case know in writing if my
mailing address changes during this case. If I don't, any notices about this case will be sent to
me at the address on this form.

I pray that Plaintiff take nothing by this suit, for costs of court, and for such other and further
relief, at law or in equity, to which I may be justly entitled.

Respectfully submitted,

→ _[signature]_                          _5-8-15_
Defendant's Signature                     Date

_Michelle Hall_                          _(720) 917-8622_
Defendant's Name (print)                  Phone number

_3106 S. Fraser St. Aurora Co   80014_
Mailing Address                  City        State      Zip

## Certificate of Service

I certify that I sent a true copy of this *Answer* to all parties in this case on the date listed below.  I
sent the *Answer* by certified mail return receipt requested, by fax, or by personal delivery.  If a
party is represented by an attorney I sent the *Answer* to the parties' attorney.

→ _[signature]_                          _5-8-15_
Defendant's Signature                     Date

© TexasLawHelp.org, *Civil Answer*, June 2012                    Page 1 of 1

**Before filling out this form, read the Answer Information Sheet at www.TexasLawHelp.org.**