UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PAUL ERIC HAWBECKER, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. SA-14-CV-1010-XR |
| MICHELLE MARIE HALL, | § § § | |
| *Defendant*. | § § § | |

## ORDER TO TRANSFER

It is hereby ORDERED that the above matter is TRANSFERRED to the docket of the Honorable Judge Royce C. Lamberth. All orders shall remain in effect unless and until altered by the receiving judge.

It is so ORDERED.

SIGNED this 5th day of January, 2017.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE