UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF TEXAS

FILED
FEB - 8 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| Paul Eric Hawbecker, | ) |
| Plaintiff(s) | ) |
| v. | ) Civil Action No. 5:14-cv-01010-XR |
| Michelle Marie Hall, | ) |
| Defendant(s) | ) |

**MOTION FOR EXTINDED TIME TO FILE**

I Michelle Hall defendant in this case am asking the court for more time to file in response to Judge Royce Lamberth. Thus is because the Plaintiff did not file on time so I would have what they filed to use as an example. I need time to understand what it is that I need to file and to be able to google and research examples. I am asking for a least 1 week for this after I receive the files form Plaintiff.

Date: 02/06/2017

Michelle Hall
3106 S Fraser St, Aurora, CO, 80014
michelle_eric_avon@comcast.net
(720)917-8622

## CERTIFICATE OF SERVICE BY US MAIL

I hereby certify that on February 7th,20017 , I deposited with the US MAIL, express overnight
postage pre-paid, Defendant's Motions
addressed to
Casey Law Office PC
595 Round Rock West Drive
Suite 102
Round Rock, TX 78681


I hereby certify that on February 7th,20017, I e-mailed Defendant's Motions
Mr Casey
info@caseylawoffice.us
and
Ms. Messall
rm@lawmessall.com


Michelle Marie Hall
3106 S Fraser St
Aurora, Co 80014
michelle_eric_avon@comcast.net
720-917-8622

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.

Case 5:14-cv-01010-RCL Document 72 Filed 02/08/17 Page 3 of 3

PAID
AURORA, CO
80014
FEB 07 17
AMOUNT
**$23.75**
R2304M114295-07

1007
78206

EL421220586US

PRIORITY MAIL EXPRESS™
UNITED STATES POSTAL SERVICE®

ORIGIN (POSTAL SERVICE USE ONLY)
☒ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $
Date Accepted (MM/DD/YY) 2/7/17 | Scheduled Delivery Time ☐ 10:30 AM ☒ 3:00 PM ☐ 12 NOON | Insurance Fee $ | COD Fee $
Time Accepted 10:25 ☐ AM ☒ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee $
Weight ___ lbs. ___ ozs. | ☒ Flat Rate | Sunday/Holiday Premium Fee $ | Total Postage & Fees $
| | Acceptance Employee Initials | 

DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY) | Time ☐AM ☐PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐AM ☐PM | Employee Signature

LABEL 11-B, SEPTEMBER 2015   PSN 7690-02-000-9996   3-ADDRESSEE COPY

UNITED STATES POSTAL SERVICE®

PRESS FIRMLY TO SEAL

RECEIVED
FEB -8 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

C/O

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)
[handwritten address]
3100 S Parker Rd
Aurora CO 80014

PAYMENT BY ACCOUNT (if applicable)

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
  *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )
Clerk US District Court
Western District of Texas
John H Wood Jr
655 East Cesar E Chavez Blvd
San Antonio Texas

ZIP + 4® (U.S. ADDRESSES ONLY)
7 8 2 0 6 - 1 1 0 6

☐ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
☐ $100.00 insurance included.

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PRIORITY MAIL EXPRESS™
FASTEST SERVICE IN THE U.S.

USPS

USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

2013  OD: 12.5 x 9.5

00100006