UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF TEXAS

Paul Eric Hawbecker,   )
                       )
        Plaintiff(s)   )
                       )
v.                     )   Civil Action No. 5:14-cv-01010-XR
                       )
Michelle Marie Hall,   )
                       )
        Defendant(s)   )
                       )
                       )

FILED
FEB - 8 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## MOTION TO DISMISS

The defendant moves to dismiss the action because:

   The Plaintiff on many occasions has fail to file on time. Taking leave of the courts time. He has also on multiple occasions came to an settlement agreement only to change it at last minute after receiving everything he had originally asked for. He then has taken what was given to him and turned around to use as evidence. The Plaintiff has been wasting the courts time. Everything that was said or done was online and has been deleted and removed as per original settlement agreement. He is dragging this out in hopes of receiving money that is not there to give. I am disabled and no longer able to work other than a direct sales company that I help my husband with. I have provided financials to show this during mediation.

Date: 02/06/2017

_____
Michelle Hall
3106 S Fraser St, Aurora, CO, 80014
michelle_eric_avon@comcast.net
(720)917-8622

## CERTIFICATE OF SERVICE BY US MAIL

I hereby certify that on February 7th,20017 , I deposited with the US MAIL, express overnight
postage pre-paid, Defendant's Motions
addressed to
Casey Law Office PC
595 Round Rock West Drive
Suite 102
Round Rock, TX 78681


I hereby certify that on February 7th,20017, I e-mailed Defendant's Motions
Mr Casey
info@caseylawoffice.us
and
Ms. Messall
rm@lawmessall.com


*[signature]*

Michelle Marie Hall
3106 S Fraser St
Aurora, Co 80014
michelle_eric_avon@comcast.net
720-917-8622