October 6, 2017

To Whom It May Concern,

FILED
OCT 16 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

Enclosed inside you will find a court order dictating that I contact Facebook corporate headquarters requesting Facebook remove the private closed group called "Please help me stop child molesters". I have no knowledge if the group still exists or what is being posted in it if it is still active, as I have not been part of the group for many years.

Thank You

Michelle Hall



```
=====================================
              GATEWAY
          2500 S ABILENE ST
              AURORA
                CO
             80014-9998
             0704940118
10/11/2017    (800)275-8777   4:44 PM
=====================================

Product              Sale      Final
Description          Qty       Price

PM 2-Day              1        $6.65
Flat Rate Env
  (Domestic)
  (PALO ALTO, CA  94301)
  (Flat Rate)
  (Expected Delivery Day)
  (Friday 10/13/2017)
Certified             1        $3.35
  (@@USPS Certified Mail #)
  (70153010000125338414)

Total                          $10.00

Credit Card Remitd             $10.00
  (Card Name:VISA)
  (Account #:XXXXXXXXXXXX2504)
  (Approval #:024890)
  (Transaction #:992)

Includes up to $50 insurance

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.

*****************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
*****************************************

Save this receipt as evidence of
insurance. For information on filing
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com.

OFFICIAL USE

| Certified Mail Fee | $3.35 | | 0118 07 |
|---|---|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | | |
| ☐ Return Receipt (electronic) | $ $0.00 | | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | | |
| ☐ Adult Signature Required | $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $ $0.00 | | |
| Postage | $6.65 | | |
| Total Postage and Fees | $10.00 | | 10/11/2017 |

Sent To: Facebook Legal Department
Street and Apt. No., or PO Box No.: 156 University Ave
City, State, ZIP+4®: Palo Alto CA 94301

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

October 6, 2017

To Whom It May Concern regarding case: 5:14-cv-01010

Enclosed you will find a copy of the cover letter and a copy of the receipts of certified mailing to Facebook as court ordered.

Thank You

Michelle Hall



**PRIORITY MAIL**

7017 0190 0000 0191 0934

OCT 12 17
$10.00
R2304H107549-03

CV-0

**PRIORITY MAIL**

RECEIVED
OCT 16 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

FROM:
Michelle Haby
3106 S. Fraser St.
Aurora, CO 80014

TO:
Clerk U.S. District Court
Western District of Texas
John H. Wood Jr. U.S. Courthouse
655 East Cesar E. Chavez Blvd.
San Antonio, Texas 78206-1106

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

